UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Munir W Nazer<br><br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 21-07421<br><br>Chapter: 13<br>Honorable Deborah L. Thorne |

**ORDER MODIFYING DEBTOR'S PLAN POST-CONFIRMATION**

      THIS MATTER coming to be heard on the Debtor's MOTION TO MODIFY PLAN; the Court being advised in the premises; with due notice having been given to all parties in interest;

IT IS HEREBY ORDERED:

1. Debtor's current Chapter 13 Plan is modified post-confirmation to defer the current trustee default to the end of the Plan.

2. Nothing in this Order shall require the Trustee to perform collections from creditors pursuant to any prior Plan.

Enter:

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: March 16, 2022

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600